No. 09-10684. Henry Talley, Petitioner v. Burl Cain, Warden.

562 U.S. 849, 131 S. Ct. 98, 178 L. Ed. 2d 62, 2010 U.S. LEXIS 5871.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-10685. Roy Williams, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 849, 131 S. Ct. 98, 178 L. Ed. 2d 62, 2010 U.S. LEXIS 6076,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-10686. Danny Westbrook, Petitioner v. Mississippi.

562 U.S. 849, 131 S. Ct. 98, 178 L. Ed. 2d 62, 2010 U.S. LEXIS 5934.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 29 So. 3d 828.

No. 09-10690. Dillard J. Booker, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.

562 U.S. 849, 131 S. Ct. 98, 178 L. Ed. 2d 62, 2010 U.S. LEXIS 6453,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 357 Fed. Appx. 528.

No. 09-10696. Darwain McDowell, Petitioner v. Cindi Curtin, Warden.

562 U.S. 849, 131 S. Ct. 99, 178 L. Ed. 2d 62, 2010 U.S. LEXIS 5869.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-10697. Christopher O'Neal, Petitioner v. Louisiana.

562 U.S. 849, 131 S. Ct. 99, 178 L. Ed. 2d 62, 2010 U.S. LEXIS 5959.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, Second Circuit, denied.

Same case below, 7 So. 3d 182.

No. 09-10700. Herbert Morton, Petitioner v. Millicent Warren, Warden.

562 U.S. 849, 131 S. Ct. 99, 178 L. Ed. 2d 62, 2010 U.S. LEXIS 6104.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-10702. Adrian Marion Smith, Petitioner v. South Carolina Department of Highway Patrol, et al.

562 U.S. 850, 131 S. Ct. 99, 178 L. Ed. 2d 62, 2010 U.S. LEXIS 6165.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.